# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE
# COMMITTEE

It appearing that the Hon. Edmond E. Chang is presiding over MDL 2964 (20cv5965, *In Re: Society Insurance Company Covid-19 Business Interruption Protection Insurance Litigation*); and

It further appearing that the cases listed below falls within the scope of MDL 2964; therefore

IT IS HEREBY ORDERED, that the Clerk is to reassign the cases listed below to the Hon. Emond E. Chang and designated Magistrate Judge Jeffrey Cummings.

| Judge | Case No. | Caption |
|---|---|---|
| Chang | 20cv02005 | Big Onion Tavern Group, LLC et al v. Society Insurance, Inc. |
| Leinenweber | 20cv02068 | Billy Goat Tavern I, Inc. et al v. Society Insurance |
| Wood | 20cv02514 | Biscuit Cafe Inc. et al v. Society Insurance, Inc. |
| Dow | 20cv02524 | Dunlays Management Services, LLC et al v. Society Insurance |
| Pallmeyer | 20cv02546 | JDS 1455, Inc. v. Society Insurance |
| Lee | 20cv02589 | 351 Kingsbury Corner, LLC v. Society Insurance |
| Lee | 20cv02641 | Roscoe Same LLC et al v. Society Insurance |
| Chang | 20cv02692 | Kedzie Boulevard Cafe Inc et al v. Society Insurance Inc. |
| Tharp | 20cv02813 | Valley Lodge Corp v. Society Insurance, a mutual company |
| Blakey | 20cv03142 | The Barn Investment LLC et al v. Society Insurance |
| Aspen | 20cv03164 | Purple Pig Cheese Bar & Pork Store, LLC v. Society Insurance |
| Kennelly | 20cv03251 | Ciao Baby On Main LLC v. Society Insurance Inc. |
| Shah | 20cv03263 | Cardelli Enterprise, L.L.C. v. Society Insurance |
| Dow | 20cv03432 | 726 West Grand LLC et al v. Society Insurance |
| Rowland | 20cv03896 | Deerfield Italian Kitchen, Inc. v. Society Insurance, Inc. |
| Norgle | 20cv03959 | The Whistler LLC et al v. Society Mutual Insurance Company |
| Lefkow | 20cv04178 | Riverside Enterprises, LLC v. Society Insurance |
| Pallmeyer | 20cv05934 | 1300 Restaurant Corp. v. Society Insurance Inc. |

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge Rebecca R. Pallmeyer

Dated at Chicago, Illinois this 8th day of October, 2020.