**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: SOCIETY INSURANCE CO. | ) | |
| COVID-19 BUSINESS | ) | MDL No. 2964 |
| INTERRUPTION PROTECTION | ) | |
| INSURANCE LITIGATION | ) | Master Docket No. 20 C 5965 |
| | ) | |
| This Document Relates to Case No: | ) | Judge Edmond E. Chang |
| 20 C 3263 | ) | |
| | ) | |

## PLAINTIFF'S UNCONTESTED MOTION TO VACATE OR SUSPEND BRIEFING ON DEFENDANT'S MOTION TO DISMISS AND ALTERNATIVE MOTION FOR SUMMARY JUDGEMENT, OR FOR EXTENSION OF TIME

Plaintiff Cardelli Enterprise, L.L.C., by its undersigned attorneys, moves this honorable Court, pursuant to Fed. R. Civ. P. 6(b)(1)(A), without opposition from Defendant Society Insurance, to vacate or suspend briefing in Case No. 20 C 3263 on Defendant's motion to dismiss pursuant to Rule 12(b)(6) or in the alternative for summary judgment ("**Motion to Dismiss**") or, alternatively, to allow Plaintiff an extension of time, through and including October 30, 2020, to respond to the Motion to Dismiss. In support of this uncontested motion, Plaintiff states:

1. Plaintiff Cardelli Enterprise, L.L.C. filed this civil action in the Northern District of Illinois on June 2, 2020, and it was assigned Case No. 20 C 3263 (hereinafter, "**Orig Dkt." 1**).

2. On August 3, 2020, Defendant filed its Motion to Dismiss, together with a 19 page memorandum of law in support. Orig. Dkt. 18-19.

3. On August 11, 2020, the Honorable Judge Manish Shah set a briefing schedule on the Motion to Dismiss and directed Plaintiff to file its response by September 8, 2020. Orig. Dkt. 26.

4. On August 19, 2020, Defendant filed a four (4) page Notice of Supplemental Authority setting forth additional arguments in support of its Motion to Dismiss. Orig. Dkt. 28.

5. On August 24, 2020, Judge Shah granted Plaintiff's motion for an extension of time through October 2, 2020 to file its response to the Motion to Dismiss and directed Defendant to file a reply by October 26, 2020. Orig. Dkt. 32.

6. On September 25, 2020, Defendant filed a four (4) page Second Notice of Supplemental Authority setting forth additional arguments in support of its Motion to Dismiss. *See* Orig. Dkt. 33.

7. On October 2, 2020, the parties' filed a Joint Agreed Motion to Modify Briefing Schedule on the Motion to Dismiss ("Joint Agreed Motion"). Orig. Dkt. 35.

8. Later that afternoon on October 2, 2020, the Judicial Panel on Multi District Litigation entered its Transfer Order that consolidated Plaintiff's action and 33 other actions for coordinated or consolidated pretrial proceedings before the Honorable Edmond E. Chang. MDL 2964 Dkt. 88.

9. On October 5, 2020, Judge Shah granted the parties' Joint Agreed Motion and reset the briefing schedule requiring Plaintiff's response to be filed by October 13, 2020 and Defendant's reply to be filed by November 6, 2020. *See* Orig. Dkt. 37.

10. On October 12, 2020, this Court entered Case Management Order No. 1 that, *inter alia*, directed counsel for the parties to confer and determine whether they agree with this Court's preliminary assessment that the most expeditious way forward is to decide bellwether case-dispositive and issue-dispositive motions on an earlier track and, if so, "which motions shall be the bellwethers." *See* Dkt. 18 at § 9(d)(i). As part of that process, the Court directed plaintiffs' counsel to confer in order to identify the bellwethers to be proposed by the Plaintiffs in the

various cases. *Id.* Furthermore, the Court directed plaintiffs to confer on the appointment of an Interim Steering Committee Counsel whose "primary duty will be to identify the bellwether motions and, if necessary, to conduct and coordinate the litigation to advance it to full briefing on the motions." *Id.* at § 11(a).

11. As part of CMO No. 1, the Court also directed that all orders of transferor courts imposing dates for pleadings and discovery are vacated. The Court made one exception: With respect to any dispositive motion for which any response brief is due on or before October 19, 2020, this Court ordered that it must still be filed. Dkt. 18 at §12(b). However, any reply brief only has to be filed it if was due on or before October 21, 2020.

12. As noted above, Plaintiff Cardelli's response is due on October 13, 2020, but Society's reply is not due until November 6, 2020. Therefore, according to this Court's order, Society would not have to file its reply brief on the due date.

13. Plaintiff moves the Court to vacate or suspend the briefing schedule in Case No. 20 C 3263 on Defendant's Motion to Dismiss to allow plaintiffs' counsel an opportunity to meet, confer and reach a decision on the subject matters identified in CMO No. 1, including deciding which motions, if any, would serve as bellwether cases, and to allow time for the selection and appointment of Interim Steering Committee Counsel and Lead Counsel for the Plaintiffs.

14. Alternatively, Plaintiff moves the Court for an extension of time, through and including October 30, 2020, to respond to the Motion to Dismiss.

15. Undersigned counsel, Antonio DeBlasio, conferred with counsel for Society Insurance, Thomas Underwood, via email and telephone on October 13, 2020 and Mr. Underwood stated that Society Insurance does not oppose this motion.

WHEREFORE Plaintiff Cardelli Enterprise, L.L.C. respectfully moves this honorable Court to vacate or suspend briefing in Case No. 20 C 3263 on Defendant's motion to dismiss pursuant to Rule 12(b)(6) or in the alternative for summary judgment or, alternatively, to allow an extension of time, through and including October 30, 2020, to respond to the Motion to Dismiss, and for such other and further relief as this Court deems just and proper.

    Respectfully submitted,

    CARDELLI ENTERPRISE, L.L.C.,
    individually and on behalf of all others
    similarly situated

    By: __/s/ Antonio DeBlasio_____
        One of Plaintiff's Attorneys

Peter S. Lubin
Patrick D. Austermuehle
Lubin Austermuehle, P.C.
360 W Butterfield Rd #325
Elmhurst, IL 60126
Tel. (630) 333-0333
peter@l-a.law
patrick@l-a.law

Antonio DeBlasio
David M. Gower
DEBLASIO & GOWER LLC
2001 Midwest Road, Suite 100
Oak Brook, Illinois 60523
Tel. (630) 560-1123
Fax (630) 364-4206
deblasio@DGLLC.net
gower@DGLLC.net

# **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that he caused a true and correct copy of the attached

- **PLAINTIFF'S UNCONTESTED MOTION TO VACATE OR SUSPEND BRIEFING ON DEFENDANT'S MOTION TO DISMISS AND ALTERNATIVE MOTION FOR SUMMARY JUDGEMENT, OR FOR EXTENSION OF TIME**

to be filed and served upon counsel of record for all parties via the ECF system on October 13, 2020.

                                                                  /s/ Antonio DeBlasio