IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| IN RE: SOCIETY INSURANCE COMPANY COVID-19 BUSINESS INTERRUPTION PROTECTION INSURANCE LITIGATION | MDL No. 2964 |
| | Master Docket No. 1:20-cv-05965 |
| **This document relates to**: | Hon. Edmond Chang |
| 351 Kingsbury Corner, LLC v. Society Insurance, No. 1:20-CV-02589 | |
| Big Onion Tavern Group, LLC, et al. v. Society Insurance, No. 1:20-CV-02005 | |
| Billy Goat Tavern I, Inc., et al. v. Society Insurance Inc., No. 1:20-CV-02068 | |
| Biscuit Café, Inc., et al. v. Society Insurance, Inc. No. 1:20-CV-02514 | |
| Dunlay's Management Services, LLC, et al. v. Society Insurance, No. 1:20-CV-02524 | |
| JDS 1455, Inc. v. Society Insurance, No. 1:20-CV-02546 | |
| Roscoe Same, LLC, et al. v. Society Insurance, No. 1:20-CV-02641 | |
| Kedzie Blvd. Café, inc., et al. v. Society Insurance, Inc., No. 1:20-CV-2692 | |
| Valley Lodge Corp. v. Society Insurance, No. 1:20-CV-02813 | |
| The Barn Investment, LLC v. Society Insurance, No. 1:20-CV-03142 | |
| Purple Pig Cheese Bar & Pork Store, LLC v. Society Insurance, No. 1:20-CV-03164 | |
| Ciao Baby on Main, LLC v. Society Insurance, No. 1:20-CV-03251 | |
| Cardelli Enterprise LLC v. Society Insurance, No. 1:20-CV-03263 | |
| 726 West Grand LLC, et al. v. Society Insurance, No. 1:20-CV-03432 | |
| Deerfield Italian Kitchen Inc. v. Society Insurance, Inc., No. 1:20-CV-03896 | |
| The Whistler, LLC, et al. v. Society Insurance, No. 1:20-CV-03959 | |
| Riverside Enterprises, LLC v. Society Insurance, No. 1:20-CV-04178 | |
| Royalty Banquet Hall Inc. v. Society Insurance, No. 1:20-CV-04477 | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

NOW COMES, Defendant, SOCIETY INSURANCE, by and through its attorneys, Thomas B. Underwood, Michael D. Sanders, Michelle A. Miner, and Amy E. Frantz of Purcell & Wardorope, Chtd., and for its Notice of Supplemental Authority in support of its pending dispositive motions, states as follows:

1. Defendant has filed dispositive motions in the above-listed cases.

2. On September 2, 2020, Judge Stephen V. Wilson of the United States District Court for the Central District of California issued the attached ruling granting Defendant's Motion to Dismiss in *10 E, LLC v. Travelers Indemnity Co. of Conn., et al.*, 2:20-CV-4418-SVW-AS (September 2, 2020). (Order attached as Exhibit A)

3. On September 10, 2020, Judge George H. Wu of the United States District Court for the Central District of California issued the attached ruling and order granting Defendant's Motion to Dismiss in *Plan Check Downtown III, LLC v. AmGuard Insurance Co., et al.,* 20-CV-6954-GW-SKx (September 10, 2020). (Hearing Transcript and Order, attached as Exhibit B)

4. On September 29, 2020, Judge Bryan S. Chapman in the Circuit Court of the 18th Judicial Circuit, DuPage County, Illinois issued the attached ruling and order granting Defendant's Motion to Dismiss in *It's Nice, Inc. v. state Farm Fire and Casualty Co.,* Case No. 20-L-547 (September 29, 2020). (Hearing Transcript and Order, attached as Exhibit C)

5. October 2, 2020, Judge Andre Birrote, Jr. of the United States District Court for the Central District of California issued the attached order granting Defendant's Motion to Dismiss in *Mark's Engine Company No. 28 Restaurant LLC v. Travelers Indemnity Co. of Conn.*, 2:20-cv-4423-AB-SK (October 2, 2020). (Order attached as Exhibit D)

**WHEREFORE**, Defendant respectfully submits the attached supplemental authorities in further support of its pending dispositive motions.

Date: October 19, 2020

| | |
|---|---|
| Thomas B. Underwood | Respectfully submitted, |
| Michael D. Sanders | |
| Michelle A. Miner | Society Insurance |
| Amy E. Frantz | |
| PURCELL & WARDROPE, CHTD. | By: /s/ Thomas B. Underwood |
| 10 South LaSalle Street, Suite 1200 |     Counsel for Defendant |
| Chicago, IL 60603 | |
| (312) 427-3900 | |
| (312) 427-3944 (facsimile) | |
| tbu@pw-law.com | |
| msanders@pw-law.com | |
| mminer@pw-law.com | |
| afrantz@pw-law.com | |