# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | |
|---|---|
| IN RE: SOCIETY INSURANCE COMPANY ) <br> COVID-19 BUSINESS INTERRUPTION ) <br> PROTECTION INSURANCE LITIGATION ) <br> _____ ) <br> This document relates to: ) <br> ) <br> Big Onion Tavern Group, LLC v. Society ) <br> Insurance, No. 1:20-CV-02005 ) <br> _____ ) | MDL No. 2964 <br><br> Master Docket No. 1:20-cv-05965 <br><br> Hon. Edmond Chang |

## DEFENDANT'S MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF THE PAGE REQUIREMENTS

NOW COMES Defendant, SOCIETY INSURANACE, a mutual company (wrongfully sued as SOCIETY INSURANCE, INC.), by and through its attorneys Thomas B. Underwood, Michael D. Sanders, Michelle A. Miner, and Amy E. Frantz of PURCELL & WARDROPE, CHTD., and for its Motion for Leave to File Memorandum of Law in Excess of the Page Requirements, states as follows:

1. Plaintiff filed its Amended Complaint on May 8, 2020, alleging it is entitled to insurance coverage for business interruption claims resulting the COVID-19 pandemic and related executive orders issued by Illinois Governor J.B. Pritzker. Plaintiff seeks coverage for its claim under four additional coverage parts of its insurance policies with Society.

2. Plaintiff's Complaint consists of three separate counts. Plaintiff makes claims for declaratory relief, breach of contract, and Statutory Bad Faith pursuant to 215 ILCS 5/155.

3. In response to Plaintiffs' Complaint, Society filed a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), or in the Alternative, a Motion for Summary

Judgment on July 13, 2020. Plaintiff filed its 25-page response to the motion on September 11, 2020.

4. Society now seeks leave to file its Reply in support of its Motion, which is 20 pages and exceeds the 15-page limit as proscribed in Local Rule 7.1.

5. Pursuant to the local rules and this Court's Standing Orders, Society respectfully requests leave to file its Reply of up to 20 pages. (*See*, Reply, filed contemporaneously herewith)

**WHEREFORE,** for the reasons stated in this Motion, Defendant SOCIETY INSURANCE respectfully requests this Court grant it leave to file its Reply in support of its Motion to Dismiss or in the Alternative, Motion for Summary Judgment, of up to 20 pages, along with such other relief as this Court deems fair and equitable.

Date: October 21, 2020

Respectfully submitted,

Society Insurance

By: /s/ Thomas B. Underwood

Thomas B. Underwood (#3122933)
Michael D. Sanders (##6230187)
Michelle A. Miner (#6299524)
Amy E. Frantz (#6312526)
PURCELL & WARDROPE, CHTD.
10 South LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 427-3900
tbu@pw-law.com
msanders@pw-law.com
mminer@pw-law.com
afrantz@pw-law.com