**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: SOCIETY INSURANCE CO. COVID-19 BUSINESS INTERRUPTION PROTECTION INSURANCE LITIGATION | ) ) ) ) ) ) ) ) ) ) |
| | MDL No. 2964 |
| | Master Docket No. 20-cv-5965 |
| | Judge Edmond E. Chang |
| | Magistrate Judge Jeffrey I. Cummings |
| This Document Relates to All Cases | |

# [*PROPOSED*] ORDER CONCERNING PRE-TRIAL SCHEDULE

The parties have met and conferred in good faith on the subject of discovery issues, and the Court hereby enters the following pre-trial schedule:

| DEADLINE | DATE |
|---|---|
| **A. Settlement Discussions/Mediation Deadlines** | |
| 1. Parties to exchange the names of proposed mediators. | March 12, 2021 |
| 2. Parties to agree on selection of mediator. | March 22, 2021 |
| 3. The Parties shall exchange documents necessary for a meaningful settlement dialogue including (a) all reinsurance agreements and arrangements that will or may serve to reimburse, indemnify, or pay on its behalf of Defendant any obligations to policyholders insured under policies containing the Businessowners Special Property Coverage Form as of March 16, 2020; (b) the number of policyholders insured under all policies containing the Businessowners Special Property Coverage Form as of March 16, 2020; and (c) the gross written premium charged with respect to each of the policies identified above. | March 23, 2021 |

1

|  |  |
|---|---|
| 4. Date before which initial mediation session shall proceed. | April 9, 2021 |
| **B. Pleading Deadlines** |  |
| 1. Plaintiffs to file and serve Master Complaint(s) | March 26, 2021 |
| 2. Society to file responsive pleading(s) to Master Complaint(s). If Society moves to dismiss the Master Complaint(s), its motion shall not exceed 25 pages | April 9, 2021 |
| 3. Plaintiffs shall file their response(s) in opposition, not to exceed 25 pages. | April 23, 2021 |
| 4. Society shall file its reply brief(s), not to exceed 12 pages. | April 30, 2021 |
| 5. Society to file and serve any motion seeking interlocutory appeal pursuant to 28 U.S.C. 1292(b). | March 23, 2021 |
| 6. Plaintiffs to file Response to any motion seeking interlocutory appeal. | April 6, 2021 |
| 7. Society to file Reply. | April 13, 2021 |
| 8. Plaintiffs shall file their Motion for Class Certification. | One or before February 17, 2022 |
| 9. Society shall file their Response to same. | 30 days after Plaintiffs' filing of their Motion for Class Certification |
| 10. Plaintiffs shall file their Reply. | 14 days after Society's filing of its Response in opposition to Plaintiffs' Motion for Class Certification |
| **C. Rule 26 and Common Issue Discovery** |  |
| 1. Deadline for service of written fact discovery. | No sooner than March 12, 2021 and no later than September 16, 2021 |
| 2. Deadline for exchange of initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1). | March 23, 2021 |

| | | |
|---|---|---|
| | 3. Deadline for Parties to submit a proposed Protective Order. | March 26, 2021 |
| | 4. Deadline for Parties to submit a proposed ESI protocol. | March 26, 2021 |
| | 5. Deadline for Completion of Fact Discovery | October 1, 2021 |
| | 6. Deadline for the Parties' Designation of Experts and Service of Rule 26 Expert Reports | November 1, 2021 |
| | 7. Deadline for designation of rebuttal experts. | December 1, 2021 |
| | 8. Deadline for depositions of experts. | January 17, 2022 |
| | 9. Deadline for Completion of Expert Discovery. | January 17, 2022 |
| **D.** | **Dispositive/*Daubert* Motion Deadlines** | |
| | 1. Service and filing of Dispositive/*Daubert* Motions and Supporting Memoranda | January 31, 2022 |
| | 2. Service and filing of Responses to Dispositive/*Daubert* Motions and Supporting Memoranda | February 14, 2022 |
| | 3. Service and filing of Reply Memoranda (if any) in Support of Dispositive/*Daubert* Motions | March 1, 2022 |
| **E.** | **Pre-Trial Submissions** | |
| | 1. Service and filing of Proposed Jury Instructions, Verdict Form, Final Witness Lists, Final Exhibit Lists. | April 1, 2022 |
| | **2.** Service and filing of Objections to Proposed Jury Instructions, Special Verdict Form, Final Witness Lists, Final Exhibit Lists. | April 15, 2022 |
| | **3.** Service and filing of Replies to Objections to Proposed Jury Instructions, Special Verdict Form, Final Witness Lists and Final Exhibit Lists. | May 29, 2022 |
| **F.** | **Pre-Trial Motions in Limine Deadlines** | |

| | |
|---|---|
| 1. Service and filing of Motions *in Limine* and Supporting Memoranda | April 1, 2022 |
| 2. Service and filing of Responses to Motions *in Limine* and Supporting Memoranda | April 15, 2022 |
| 3. Service and filing of Reply Memoranda (if any) in Support of Motions *in Limine* | May 29, 2022 |
| **G. Final Pre-Trial Conference:** The Court will set a date for a Final Pre-Trial Conference on or after: | April 1, 2022 |
| **H. Trial Ready:** The matter will be considered trial ready and the Court will set a trial date on or after: | June 1, 2022 |

**IT IS SO ORDERED.**

Signed March \_\_\_\_, 2021.

_____
HONORABLE EDMOND E. CHANG
UNITED STATES DISTRICT JUDGE


Submitted by:

/s/ Adam J. Levitt
Adam J. Levitt
**DICELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dicellolevitt.com

/s/ Timothy W. Burns
Timothy W. Burns
**BURNS BOWEN BAIR LLP**
One South Pinckney Street, Suite 930
Madison, Wisconsin 53703
Telephone: 608-286-2302
tburns@bbblawllp.com

/s/ Shannon M. McNulty
Shannon M. McNulty
**CLIFFORD LAW OFFICES, P.C.**

120 North LaSalle Street, #3100
Chicago, Illinois  60602
Telephone:  312-899-9090
smm@cliffordlaw.com

/s/ W. Mark Lanier
W. Mark Lanier
**THE LANIER LAW FIRM PC**
10940 West Sam Houston Parkway North, Suite 100
Houston, Texas  77064
Telephone:  713-659-5200
WML@lanierlawfirm.com

/s/ Shelby S. Guilbert, Jr.
Shelby S. Guilbert, Jr.
**MCGUIRE WOODS LLP**
1230 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia  30309
Telephone:  404-443-5500
SGuilbert@mcguirewoods.com

*Plaintiffs' Co-Lead Counsel*

**Dated:**  March 8, 2021